# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BEVERLY HALL CORPORATION,

        Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

        Respondent

  DENISE L. AMOS,

        Intervenor

: No. 38 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.